UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD GITIFOROOZ,<br>Petitioner,<br>v.<br>JASON KNIGHT, et al.,<br>Respondents. | Case No. 1:26-cv-02859-KES-HBK (HC)<br>ORDER GRANTING REQUEST FOR STATUS AND DIRECTING SUPPLEMENTAL BRIEFING<br>(Doc. 10)<br>TWENTY-ONE-DAY DEADLINE |

Petitioner, an immigration detainee in the custody of U.S. Immigration and Customs Enforcement (ICE) at the California City Detention Facility in California City, California, has a counseled petition for writ of habeas corpus pending under 28 U.S.C. § 2241. (Doc. 1). The petition challenges Petitioner's continued detention following a final removal order, alleging a due process violation because no determination has been made on his 90-day review request under 8 C.F.R. § 241.4. (*Id.* at 5). Petition seeks, *inter alia*, release from custody. (*Id.* at 7).

On May 5, 2026, Respondents filed a response, arguing that Petitioner's detention under 8 U.S.C. § 1231(a)(6) had not exceeded the presumptively reasonable six-month period and that Petitioner had not shown prejudice warranting release. (Doc. 7 at 4 (citing *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)). Petitioner did not file a reply. (*See* docket).

On August 14, 2026, Petitioner filed a request for status, stating he remained detained and that the Court had not issued an order. (Doc. 10). As of the date of this Order, Petitioner has been

detained longer than the six-month presumptive period referenced in Respondents' response. After that period, a noncitizen may be entitled to release upon a showing there is no significant likelihood of removal in the reasonably foreseeable future. *See Zadvydas*, 533 U.S. at 701. Updated information concerning the status of Petitioner's removal proceedings would assist the Court in resolving the petition.

Accordingly, IT IS ORDERED:

1. Petitioner's request for status (Doc. 10) is GRANTED.
2. Within twenty-one (21) days of this Order, Respondents shall file a supplemental brief, addressing the status of Petitioner's removal proceedings under 8 U.S.C. § 1231(a)(6), supported by a declaration based on personal knowledge and relevant documentary evidence, addressing whether there is a significant likelihood that Petitioner will be removed in the reasonably foreseeable future. Respondents shall provide concrete, current, and case-specific information regarding: (a) the status of travel documents and the receiving country's willingness to accept Petitioner; (b) the steps taken to effect removal and the results of those efforts; (c) any remaining legal, diplomatic, or logistical barriers; and (d) a good-faith estimate, supported by facts, of when removal is expected to occur. Generalized or conclusory assertions that removal remains possible will not suffice.
3. Within seven (7) days after service of Respondents' supplemental briefing, Petitioner may file a response addressing the same issue and providing additional argument or legal authority.

Dated: August 19, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE