UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD GITIFOROOZ (A-Number: 079-687-998),<br><br>Petitioner,<br><br>v.<br><br>JASON KNIGHT, et al.,<br><br>Respondents. | No. 1:26-cv-02859-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE<br><br>Docs. 1, 13 |

Petitioner Masoud Gitiforooz is an immigration detainee proceeding with counsel on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus and require respondents to immediately release petitioner. Doc. 13 at 7. The findings and recommendations were served upon all parties. On October 1, 2026, respondents filed objections "for the reasons stated in their Response to Petition for Writ of Habeas Corpus." Doc. 14 at 1.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, including respondents' objections, the Court

concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations issued on September 30, 2026, Doc. 13, are ADOPTED;
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED;
3. Respondents are ORDERED to immediately release petitioner Masoud Gitiforooz (A-Number: 079-687-998) on the same conditions as his prior release from custody;
4. Once released, Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or respondents demonstrate by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.
5. The Clerk of Court is directed to serve California City Immigration Processing Center with a copy of this Order.
6. The Clerk of Court is directed to enter judgment for petitioner, terminate all pending motions, and close this case.

IT IS SO ORDERED.

Dated: October 18, 2026

UNITED STATES DISTRICT JUDGE